UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

**ALLSTATE INSURANCE COMPANY,**
as Subrogee of Lena Williams,

        Plaintiff(s),        CASE NUMBER: 03-74552
                                    HONORABLE VICTORIA A. ROBERTS

v.

**NUMARK INDUSTRIES,** a foreign
corporation,

        Defendant(s).
_____/

**ORDER GRANTING PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

This matter came before the Court on Plaintiff's Motion for Entry of Default Judgment. Plaintiff's Summons and Complaint were served upon Defendant on July 12, 2004.[1] Defendant failed to file responsive pleadings. The Clerk's Entry of Default, pursuant to F.R.C.P. 55(a), was entered on December 3, 2004. Plaintiff now requests a default judgment in the amount of $103,451.36. In support of its motion, Plaintiff attached documents showing actual damages totaling $101,094.36 and costs totaling $2,357.00. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default Judgment is

---

[1] Plaintiff asserts in its brief that service was effected on July 6, 2004. However, special notary Mark Copeland states in his affidavit that service was effected on July 12, 2004.

entered against Defendant Numark Industries in the total amount of $103,451.36.

**IT IS SO ORDERED.**

       /s/ Victoria A. Roberts  
**VICTORIA A. ROBERTS**  
**Dated: 4/18/05**                      **UNITED STATES DISTRICT COURT**